## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Mid-Continent Casualty Company, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Hobby Horse Welding, et. al., | ) | Case No. 1:16-cv-203 |
| Defendants. | ) | |

On December 9, 2016, plaintiff filed a "Notice of Dismissal" pursuant to the Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly the above-entitled action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 12th day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court